**Opinion issued April 1, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00845-CR

———————————

**CARMEN WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Case No. 1881301**

## MEMORANDUM OPINION

Carmen White has filed a motion to dismiss this appeal, stating that she has "had an opportunity to discuss the appeal with counsel and is of the opinion that an appeal in this case is not warranted."

White's motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a) (requiring that appellant and counsel sign motion). We have not issued a decision in the appeal. *See* TEX. R. APP. P. 42.2(b).

Accordingly, we grant White's motion and dismiss the appeal. *See* TEX. R. APP. P. 10.3(a), 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.

Do not publish. TEX. R. APP. P. 47.2(b).